# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 94CR01267-RSH |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |
| BERTHA ARACELI MEDINA-PEREZ (4), | ) | |
| Defendant. | ) | |

This matter comes before the Court on the United States' motion to dismiss the Indictment and request to recall the arrest warrant as to Defendant Bertha Araceli Medina-Perez.

IT IS HEREBY ORDERED that the Indictment in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the arrest warrant is recalled.

DATED:  2/24/25

HONORABLE ROBERT S. HUIE
UNITED STATES DISTRICT JUDGE